**From:**
**To:**
**Cc:**
**Subject:**
**Date:**

Dear Ms. Unwalla:

Kay Sickles and I represent Defendants Temple University-Of The Commonwealth System of Higher Education and three individual Defendants in the above-referenced case and David A. Berlin and Matthew B. Weisberg represent Plaintiff Kristen Aronoff.

It was a little unclear from Judge Brody's Procedures whether we can request an early settlement conference before Magistrate Judge Arteaga by emailing you with such a request, but if this is a proper method to do so, please advise Judge Brody that the parties jointly request that she refer this case Judge Arteaga or another Magistrate Judge for a settlement conference at this early stage in this litigation.

If there is another method that we should use to request such a settlement conference, please advise the parties and we will do so.

Thank you very much.


Respectfully,


Neil J. Hamburg


_____
Neil J. Hamburg
Hamburg Law Group, PLLC
1 Franklin Town Blvd, Suite 1106
Philadelphia, PA  19103

hamburgnj@hamburglawgroup.com

Direct: (215) 858-2225
Fax: (484) 534-8587

www.hamburglawgroup.com


This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message solely to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail.  Thank you.