# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kristen Aronoff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION | : | No. 24-6389 |

## **O R D E R**

**AND NOW**, this 1st day of April 2025, it is hereby **ORDERED** that the above captioned matter is referred to United States Magistrate Judge Jose R. Arteaga for a settlement conference.

                                         \_\_s/ANITA B. BRODY, J.\_\_\_\_\_
                                              Anita B. Brody, J.